23-12922-D

**U.S. COURT OF APPEALS**
**RECEIVED**
**CLERK**
**OCT 10 2023**
**ATLANTA, GA**

Steve Marshall
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 27, 2023

Alexander Barrett Bowdre
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

James W. Davis
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Edmund Gerard LaCour Jr.
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Steve Marshall
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Charles Arthur McKay
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Misty Shawn Fairbanks Messick
Alabama Attorney General's Office
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

Jordan Dorman Walker
Balch & Bingham, LLP
445 DEXTER AVE STE 8000
MONTGOMERY, AL 36104

Appeal Number: 23-12922-D
Case Style: Evan Milligan, et al v. Secretary of State for the State of Alabama
District Court Docket No: 2:21-cv-01530-AMM

NOTICE OF APPEAL FILED: September 5, 2023

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Clerk's Office Phone Numbers
General Information: 404-335-6100     Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135     Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

JUR-1 Resp reqd JQ

No. 23-12922-D

# JURISDICTIONAL QUESTION

Please address whether this Court has jurisdiction to review the three-judge court's September 5, 2023 order entering a preliminary injunction against Secretary Allen, or whether direct appeal lies with the Supreme Court. *See* 28 U.S.C. § 1292(a)(1) (providing that courts of appeals have jurisdiction over interlocutory orders granting injunctions, except where direct review may be had in the Supreme Court); *id.* § 1253 ("Except as otherwise provided by law, any party may appeal to the Supreme Court from an order granting or denying, after notice and hearing, an interlocutory or permanent injunction in any civil action, suit or proceeding required by any Act of Congress to be heard and determined by a district court of three judges."); *Southway Disc. Ctr., Inc. v. City of Birmingham*, 568 F.2d 456, 456-57 (5th Cir. 1978) (dismissing an appeal from a properly-convened three-judge panel under § 1253); *Wernick v. Mathews*, 524 F.2d 543, 546-47 (5th Cir. 1975) (dismissing an appeal where the three-judge panel dismissed the underlying case for want of a substantial federal question because that constituted a decision on the merits); *MTM, Inc. v. Baxley*, 420 U.S. 799, 804 (1975) (holding that "a direct appeal will lie to this Court under § 1253 from the order of a three-judge federal court denying interlocutory or permanent injunctive relief only where such order rests upon resolution of the merits of the constitutional claim presented below"); *Dothard v. Rawlinson*, 433 U.S. 321, 324 n.5 (1977) ("When a properly convened three-judge court enjoins the operation of a state law on federal statutory grounds, an appeal to [the Supreme Court] from that judgment lies under 28 U.S.C. § 1253.").

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

28 SEP 2023 PM 12 L

CLEARED SECURITY

OCT 10 2023

U.S. MARSHALS SERVICE
Atlanta, GA

US POSTAGE ™ PITNEY BOWES
ZIP 30303   $ 000.63
02 4W
0000368939 SEP 28 2023

NIXIE      352   DE 1           0010/05/23
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 30303229599     *1624-06900-28-45